| AO 10<br>Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2009 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br>BRITT, W. EARL | 2. Court or Organization<br>U.S. DISTRICT COURT<br>EASTERN DISTRICT — NC | 3. Date of Report<br>05-18-2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br>SENIOR U.S. District Judge | 5a. Report Type (check appropriate type)<br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br>1-1-09 to 12.31-09 |
| 7. Chambers or Office Address<br>P.O. Box 27504<br>RALEIGH, NC 27611 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| W. EARL BRITT | 05.18.2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing Instructions.)*

### A. Filer's Non-Investment Income

☒ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2009 | SELF-EMPLOYED (HEALTH CARE CONSULTANT) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS - *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☒ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| W. EARL BRITT | 05-18-2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2 | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[X] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| W. EARL BRITT | 05-18-2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Schwab Money Mkt. Fund | | None | J | T | | | | | |
| 2. Vanguard Inter-Term Bond Index Fund | A | Div | K | T | Buy / Buy / Buy | 1-30-09 / 2-27-09 / 3-31-09 | J / J / J | | |
| 3. Schwab Money Mkt. Fund | | None | J | T | | | | | |
| 4. State Employees Credit Union | A | Int | J | T | | | | | |
| 5. Russell Midcap Value Fund | A | Div | J | T | | | | | |
| 6. Russell 7000 Index Fund | A | Div | J | T | | | | | |
| 7. Branch Bank & Trust Co. | A | Int | K | T | | | | | |
| 8. Vanguard Balanced Index | A | Div | K | T | | | | | |
| 9. CGM Focus Fund | A | Div | J | T | | | | | |
| 10. Johnston County Bond | B | Int | K | T | | | | | |
| 11. N.C. State Bond 5.0% | C | Int | L | T | | | | | |
| 12. N.C. State Bond 4.5% | B | Int | L | T | | | | | |
| 13. Orange County Bond | B | Int | L | T | | | | | |
| 14. CGM Focus Fund | A | Div | J | T | Partial Sell | 7-29-09 | J | D | |
| 15. Vanguard 500 Fund | A | Div | J | T | | | | | |
| 16. Barclays Tips Bd Fund | A | Div | J | T | Buy | 5-21-09 | J | | |
| 17. MSCI Emerg. Mkt. Fund | A | Div | J | T | Buy | 7-29-09 | J | | |
| 18. N.C. State Bond 5.0% | B | Int | K | T | Buy | 1-22-09 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| W. EARL Britt | 05-18-2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report)*

VII- PARAGON TRADE BRANDS, SHOWN ON LINE 1, PAGE 4 OF LAST YEAR (2008) REPORT IS OMITTED THIS YEAR AS IT IS WORTHLESS AND NOT REPORTABLE.

VANGUARD INTERTERM INDEX FUND, SHOWN ON LINE 7, PAGE 4 OF LAST YEAR (2008) REPORT IS OMITTED AS AN ERROR WAS MADE ON COLUMN D (1) WHERE A "PARTIAL SELL" WAS SHOWN WHEN IT SHOULD HAVE BEEN "SELL" - COLUMS C (1) & (2) SHOULD HAVE BEEN LEFT BLANK.

AN ERROR WAS MADE ON LINE 9, PAGE 4 OF LAST YEAR (2008) REPORT OF STATE EMPLOYEES CREDIT UNION, AS FOLLOWS: COLUMN D (1) SHOULD HAVE SHOWN A "PARTIAL SELL" ON 9-25-08 (COLUMN D 2) WITH A VALUE CODE OF "L" (COLUMN D (3)) AND A GAIN OF "A" IN COLUMN D(4). AS A RESULT COLUMN C (1) SHOULD HAVE BEEN "J" - THIS ASSET APPEARS ON LINE 4 OF THIS REPORT.

| Name of Person Reporting | Date of Report |
|---|---|
| W. EARL BRITT | 05.18-2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544